UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**U.S. Pastor Council**,

               Plaintiff,

v.

**City of Austin**; **Sareta Davis**, in her official capacity as Chair of the Austin Human Rights Commission,

               Defendants.

Case No. 1:18-cv-849-RP

### PLAINTIFF'S NOTICE OF DISMISSAL OF LAWSUIT

Plaintiff U.S. Pastor Council dismisses its claims and suit against all defendants, without prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party will bear its own attorneys' fees, costs, and expenses.

               Respectfully submitted.

               /s/ Jonathan F. Mitchell
               JONATHAN F. MITCHELL
               Mitchell Law PLLC
               106 East Sixth Street, Suite 900
               Austin, Texas 78701
               (512) 686-3940 (phone)
               (512) 686-3941 (fax)
               jonathan@mitchell.law

Dated: March 19, 2019            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 19, 2019, I served this document through CM/ECF upon:

Paul Matula
Hannah Vahl
City of Austin
Post Office Box 1546
Austin, Texas 78767-1546
(512) 974-2346
paul.matula@austintexas.gov
hannah.vahl@austintexas.gov

*Counsel for Defendants*