IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| U.S. PASTOR COUNCIL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-849-RP |
| CITY OF AUSTIN and SARETA DAVIS, *In her official capacity as Chair of the Austin Human Rights Commission*; | § § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On March 19, 2019, the plaintiff dismissed without prejudice all claims against the defendants in this case pursuant to Federal Rule of Civil Procedure 41. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on March 25, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE